**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6676

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLIFTON R. HOPKINS,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, District Judge. (CR-91-249-WMN, CA-97-4113-WMN)

Submitted: September 10, 1998      Decided: September 24, 1998

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Clifton R. Hopkins, Appellant Pro Se. Brent Jefferson Gurney, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clifton R. Hopkins seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2241 (West 1994 & Supp. 1998), which the district court construed as a motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Hopkins, Nos. CR-91-249-WMN; CA-97-4113-WMN (D. Md. Apr. 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2